**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Bernardo PANIAGUA–PACHECO, Defendant–Appellant.**

**No. 09–30265.**

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 14, 2010.

Monte J. Stiles, Assistant U.S., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

J.D. Merris, Boise, ID, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Juan Bernardo Paniagua–Pacheco appeals from his guilty-plea conviction and 87–month sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Paniagua–Pacheco's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.